Miller v. Barnard.

---

No. 24,504.

Loyd Miller, *Appellant,* v. Jenne Barnard, as County Treasurer, etc., *Appellee.*

### SYLLABUS BY THE COURT.

Injunction—*Taxpayer May Not Question the Corporate Organization of a School District.* In an action by a taxpayer to enjoin collection of taxes, the corporate organization of the taxing district may not be challenged.

Appeal from Decatur district court; Willard Simmons, judge. Opinion filed June 9, 1923. Affirmed.

*J. P. Noble* and *P. T. Noble,* both of Oberlin, for the appellant.

*J. F. Peters,* of Oberlin, for the appellee.

The opinion of the court was delivered by

Burch, J.: The action was one by a taxpayer to enjoin collection of taxes assessed against his land for the benefit of a school district. He was defeated, and appeals.

The land·was formerly a part of school district No. 64. For failure to maintain school, proceedings were taken to disorganize the district, and to attach it to district No. 68. After the proceedings were completed, the taxes were regularly assessed by proper authority. The contention is, the proceedings were ineffectual, and district No. 64 was not disorganized and did not become attached to district No. 68. The plaintiff is not authorized to litigate these questions. (*Oil & Gas Co. v. Board of Education,* 112 Kan. 737, 212 Pac. 900. and cases cited in the opinion.

The judgment of the district court is affirmed.